UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FRANKE WATER SYSTEMS AG and KWC AMERICA, INC., | |
| Plaintiffs, | CIVIL ACTION FILE |
| vs. | NO. 1:14-cv-3543-ELR |
| HOMECLICK, LLC, | |
| Defendant. | |

## JUDGMENT

This action having come before the court, the Honorable Eleanor L. Ross, United States District Judge on the Consent Permanent Injunction, and the court having granted the injunction, it is hereby **ORDERED** that the Defendants are permanently enjoined from:

1) Representing to any person or entity that Defendant Homeclick is an authorized dealer for Plaintiff FWS or for Plaintiff KWC;

2) Representing to any person or entity that any KWC product sold by Defendant Homeclick is covered under KWC's Warranty Policy;

3) Using any of the "KWC Marks," as that term is defined in Plaintiff's Verified Complaint for Injunctive Relief and Damages (the "Complaint") filed in this action;

4) Using any of "KWC's Copyrighted Materials," as that term is defined in the complaint, to sell any KWC product on Defendant Homeclick's website, without the prior, written authorization of Plaintiff KWC, which is only valid if received from Plaintiff KWC's President;

5) Selling any KWC product on Defendant Homeclick's website without the prior written authorization of Plaintiff KWC, which authorization is only valid if received from Plaintiff KWC's president; and

6) Selling any KWC product on any website without the prior, written authorization of Plaintiff KWC, which authorization is only valid if received from Plaintiff KWC's President.

Both parties are **ORDERED** to bear their own expenses and attorneys' fees incurred up to the date of the order issued.  The Court shall retain jurisdiction over this action for the purpose of enforcing the order.

Dated at Atlanta, Georgia, this 12th day of March, 2015.

                                                  JAMES N. HATTEN
                                                  CLERK OF COURT

                             By:    s/Jill Ayers
                                     Deputy Clerk

Prepared and Entered
in the Clerk's Office
March 16, 2015
James N. Hatten
Clerk of Court

By:  s/Jill Ayers
      Deputy Clerk